UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-14422-ROSENBERG/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

ROMINA @ THE BEACH, LLC,

        Defendant.

_____/

## VERIFIED CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT

1.      The undersigned counsel for the Plaintiff conducted a search of case filings in the records of the Clerks of the United States District Court for the Southern District of Florida via the Court's CM/ECF computerized court docketing system prior to filing suit in this action in order to ascertain whether the Defendant or the Defendant's property has ever been sued prior to the filing of this suit for any alleged violations of the ADA. The undersigned concluded that Defendant was sued in 2009 for ADA violations solely related to access to its restaurant bar and to its motor vehicle parking spaces at the facility which are separate and distinct from the reservation system violations which are the subject of this suit.

2.      The 2009 restaurant bar and parking case was voluntarily dismissed by plaintiff.

3.      The terms of the settlement, if any, in the 2009 restaurant bar and parking case are unavailable as there was no agreement disclosed of record.

4.      It is unknown whether there were efforts made to enforce the terms of any settlement in the 2009 restaurant bar and parking case although there have been no readily ascertainable efforts of record to do so.

5.      N/A.

Dated: October 24, 2018.

> s/Lee D. Sarkin
> DREW LEVITT, ESQ.
> E-mail: DML2@bellsouth.net
> Florida Bar No: 782246
> LEE D. SARKIN, ESQ.
> E-mail: Lsarkin@aol.com
> Florida Bar No. 962848
> Attorneys for Plaintiff
> 4700 N.W. Boca Raton Blvd.
> Suite 302
> Boca Raton, Florida 33431
> Telephone (561) 994-6922
> Facsimile (561) 994-0837