UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-14422-ROSENBERG/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

ROMINA @ THE BEACH, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 5, 2018

    s/Drew M. Levitt
    DREW M. LEVITT
    DML2@bellsouth.net
    Florida Bar No. 782246
    LEE D. SARKIN, ESQ.
    Lsarkin@aol.com
    Florida Bar No. 962848
    4700 N.W. Boca Raton Blvd., Suite 302
    Boca Raton, Florida 33431
    Telephone (561) 994-6922
    Facsimile   (561) 994-0837
    Attorneys for Plaintiff